David P. Hendel, Husch Blackwell Sanders LLP, of Washington, DC, argued for appellants. Of counsel on the brief was Sarah M. Graves, Akerman Senterfitt LLP, of Vienna, Virginia.

David A. Harrington, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Before RADER, BRYSON, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

David Ratowitz, The Ratowitz Law Firm, LLC, of Chicago, IL, argued for petitioner.

Jeffrey D. Klingman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Before RADER, BRYSON, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Jewel MARSHALL–MOSBY, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2009–3093.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2010.

Maria D. ROBINSON, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2009–3286.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2010.